```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A98-0135--CR (HRH)
                                    "USA V CHERIE REMUTO"
                                   DEF 1.1 REMUTO, CHERIE

                  Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  08/19/98
            Closed:  01/08/99
No. of Defendants:  1
   MJ Case Number:
               AKA:
   Location status:  Released on Bond
        Trial date:  10/13/98
        Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 REMUTO, CHERIE

Document          Count    Citation and Description                     Disposition
─────────         ─────    ────────────────────────                     ───────────
  1 -   1 IND       1      18:1344 BANK FRAUD(F)                        Sentenced
                                                                        (22-1)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A98-0135--CR (HRH)
                                    "USA V CHERIE REMUTO"

                                     For all filing dates


  Presiding Judge:   The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/19/98
            Closed: 01/08/99
No. of Defendants: 1


Document #   Filed      Docket text

NOTE -   1   08/19/98   Issued WOA.

   1 -   1   08/19/98   [Re: DEF 1] PLF 1 Indictment.

   2 -   1   08/19/98   [Re: DEF 1] Grand Jury Minutes; WOA to be issued; bail set at
                        $50,000.00.

NOTE -   2   08/20/98   Notation: USM notice of arrest of def arrested 8/20/98.

   3 -   1   08/21/98   [Re: DEF 1] Return of WOA executed on 8/20/98.

   4 -   1   08/24/98   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of arraignment on
                        indictment held 8/21/98; FPD appointed; not guilty as charged in the
                        indictment; $5,000.00 unsecured bond set and passport to be surrendered
                        to the Clerk of Court; pretrial mots due 9/4/98; def to be released when
                        conditions met. cc:USA, FPD, USM, PTS

   5 -   1   08/24/98   [Re: DEF 1] Appearance bond; $5,000.00 unsecured.

   6 -   1   08/24/98   [Re: DEF 1] Order setting conditions of release; $5,000.00 unsecured
                        bond; def to surrender passport. cc:USA, FPD, USM, PTS

   7 -   1   08/24/98   [Re: DEF 1] AHB Order regarding preparation for trial; parties to meet
                        on or before 8/28/98; mots due by 9/4/98. cc:USA, FPD

   8 -   1   08/24/98   [Re: DEF 1] Financial Affidavit.

   9 -   1   08/24/98   [Re: DEF 1] Copy of AHB Order of Release; posted $5,000.00 unsecured
                        bond; surrendered passport to the clerk of court. cc:USA, PTS

NOTE -   3   08/25/98   Notation: Issued Speedy Trial notice.

  10 -   1   08/25/98   [Re: DEF 1] Clerk's Notice; receipt of original passport #072956131;
                        place in the vault for safe-keeping. cc:USA, FPD, Finance

  11 -   1   08/26/98   [Re: DEF 1] HRH Minute Order setting trial by jury for 10/13/98 at 9:00
                        a.m.. cc: USA, FPD, jury clerk, MJ Roberts, USM, PTS

  12 -   1   09/09/98   [Re: DEF 1] PLF 1 Certification of discovery conference.

  13 -   1   10/08/98   DEF 1 Notice of Intent to change plea.

  14 -   1   10/08/98   [Re: DEF 1] HRH Minute Order that this matter had been set for a TBJ for
                        10/13/98; now rescheduled fro a PCOP on 10/9/98 at 9:30am. cc:USA, FPD,
                        USM, PO, MJ Roberts, JC

  15 -   1   10/13/98   [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] of proposed
                        change of plea held 10/9/98; def plead guilty as charged in the
                        indictment; IOS set for 12/10/98 at 9:15 a.m.; bond continued; TBJ set
                        for 10/13/98 vacated. cc:USA, FPD, USM, PO, MJ Roberts, Jury Clerk

ACRS: R_RDSDX            As of 12/01/05 at 2:56 PM by GARRY                        Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A98-0135--CR (HRH)
                              "USA V CHERIE REMUTO"
_____
                              For all filing dates
_____

Document #    Filed       Docket text
_____    _____    _____

  16 -   1    12/03/98    DEF 1 Sentencing Memorandum w/att exhs.

  17 -   1    12/03/98    [Re: DEF 1] PLF 1 Sentencing Memorandum.

  18 -   1    12/04/98    DEF 1 Notice of lodging w/att exh.

  19 -   1    12/09/98    DEF 1 Unopposed Motion on shortened tim to continue sentencing hearing
                          by 14 days w/att aff and exh.

  20 -   1    12/10/98    [Re: DEF 1] HRH Order granting unopposed mot at dkt 19 to continue IOS
                          hrg & rescheduling IOS for 01/07/99 at 8:30 a.m.  cc: USA, FPD, USM, PO

  21 -   1    01/07/99    [Re: DEF 1] HRH Court Minutes [ECR: Jennifer Gamble] of Imposition of
                          Sentence held 1/7/99; 6 months imprisonment; special conditions; $100.00
                          special assessment; $54,782.73 restitution to be paid to Key Bank.
                          cc:USA, FPD, USM, PO

  22 -   1    01/08/99    [Re: DEF 1] HRH Judgment; 6 months imprisonment; 5 years supervised
                          release; $100.00 special assessment; $54,782.73 restitution. cc:USA,
                          Cnsl, Def w/cnsls cy, USM, PO, CArmen, MJ Roberts, Finance

  23 -   1    01/12/99    DEF 1 appeal to 9CCA of (22-1) filed 01/08/99. cc:cnsl, Judge, US
                          Marshal, Probation, 9CCA

  24 -   1    01/13/99    [Re: DEF 1] Copy of Time Schedule Order. cc: cnsl, ECRO, 9CCA (orig)

  25 -   1    01/19/99    DEF 1 Transcript Designation.  cc:  ECR.

  26 -   1    03/02/99    Appeal Transcript (imposition of sentence on 1/7/99).

  27 -   1    03/02/99    Cy 9CCA certificate of record, filed on 3/2/99. cc: cnsl, 9CCA (orig),
                          A98-135 CR (HRH)

  28 -   1    03/19/99    USM Return of judgment executed as to def on 2/16/99.

  28A-   1    08/20/99    [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (23-1)
                          GRANTING  appellant's mtn for voluntary dismissal.  cc:  cnsl, Judge
                          Holland.

  29 -   1    08/24/99    [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD.

NOTE -   4    08/27/99    Issued: writ of execution re: PFD.

  30 -   1    10/25/99    USM Return of writ of execution on PFD in amount of $1755.84 [receipt
                          no. 10122199] w/att exhs.

  31 -   1    12/01/99    [Re: DEF 1] PLF 1 motion to release attached PFD funds.

  32 -   1    01/03/00    [Re: DEF 1] HRH Order granting motion to release attached PFD funds in
                          the amount of $1,755.84 (31-1). cc: USA, Finance

  33 -   1    02/18/00    [Re: DEF 1] Clerk's Notice that any party wishing to have def's passport
                          returned are to file motion with proposed order. cc: USA, FPD, Finance

  34 -   1    02/23/00    DEF 1 motion for return of passport w/att aff.

  35 -   1    03/17/00    [Re: DEF 1] HRH Order granting motion for return of passport (34-1);
                          clerk to return passport to stated address.  cc: USA, FPD, USM, PO,

ACRS: R_RDSDX                 As of 12/01/05 at 2:56 PM by GARRY                     Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A98-0135--CR (HRH)
                                "USA V CHERIE REMUTO"
```

|                                   |
| --------------------------------- |
| For all filing dates              |

| Document # | Filed    | Docket text |
| ---------- | -------- | ----------- |
|            |          | Finance |
| 36 - 1     | 05/24/00 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 5   | 05/25/00 | Issued: writ of execution on PFD. |
| 37 - 1     | 11/17/00 | DEF 1 motion to waive interest on restitution Nunc Pro Tunc to 01/08/99 w/att aff. |
| 38 - 1     | 01/02/01 | [Re: DEF 1] HRH Order granting motion to waive interest on restitution Nunc Pro Tunc to 01/08/99 (37-1). cc: USA, FPD, PO, FLU |
| 39 - 1     | 03/28/01 | USM Return on writ of garnishment re: 2000 PFD no funds on 6/12/00. |
| 40 - 1     | 04/19/01 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 6   | 04/20/01 | Issued: writ of execution re DEF 1 on PFD. |
| 41 - 1     | 10/25/01 | USM Return on writ of execution re:DEF 1 partially satisfied $1,826.28 receipt 00116013). |
| 42 - 1     | 11/30/01 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 43 - 1     | 12/04/01 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds (42-1). cc:USA, FPD, Finance, PO |
| 44 - 1     | 04/08/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD. |
| NOTE - 7   | 04/10/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 45 - 1     | 10/24/02 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt $1,518.76 (receipt 00118861) on 4/18/02. |
| 46 - 1     | 11/21/02 | [Re: DEF 1] PLF 1 motion to release attached PFD funds |
| 47 - 1     | 12/10/02 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds in the amount of $1,518.76 (46-1). cc: USA, FPD, Finance |
| NOTE - 8   | 04/22/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 48 - 1     | 04/22/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFd. |
| 49 - 1     | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 1 partially satifying in the amount of $1085.56 (receipt # 00121692) on 4/24/03. |
| 50 - 1     | 11/25/03 | DEF 1 motion to release attached PFD funds in the amount of $1,085.56. |
| 51 - 1     | 12/02/03 | [Re: DEF 1] HRH Order and report re: supervised release. The officer's proposed action is approved and the financial counseling program condition is removed.  cc: USPO |
| 52 - 1     | 12/19/03 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds in the amount of $1,085.56 (50-1).  cc: AUSA FLU, Finance, C. Remuto |
| 53 - 1     | 04/23/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 9   | 04/26/04 | Issued: writ of execution re: DEF 1 on PFD. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A98-0135--CR (HRH)
                              "USA V CHERIE REMUTO"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 54 - 1 | 08/13/04 | [Re: DEF 1] HRH Order that the def be discharged form SR and that the proceedings in this case be terminated.   cc: USPO |
| 55 - 1 | 11/02/04 | USM Return of svc on writ of execution re: DEF 1 on PFD on 11/02/04Crt in receipt of $913.84 (receipt# 00124426). |
| 56 - 1 | 11/09/04 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 57 - 1 | 11/15/04 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds (56-1).  cc: USA, Finance, FLU |
| 58 - 1 | 04/20/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD, |
| NOTE - 10 | 04/26/05 | Issued: writ of execution re: DER 1 on PFD. |
| 59 - 1 | 11/03/05 | USM Return of svc on writ of execution re: DEF 1 on PFD on 4/27/05 in the amt of $841.76. |
| 60 - 1 | 11/15/05 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |